# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-24-00533-CV

---

**Nick Steward, Appellant**

**v.**

**Central Texas Docks, LLC d/b/a What's Up Dock, Appellee**

---

**FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY**
**NO. C-1-CV-23-005803, THE HONORABLE ERIC SHEPPERD, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

Appellant Nick Steward has filed an unopposed motion to dismiss this appeal.[1]

We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Chari L. Kelly, Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Dismissed on Appellant's Motion

Filed: August 30, 2024

---

[1] Although the document is titled "Unopposed First Amended Withdrawal of Appeal," we construe the document as an unopposed motion to dismiss.